PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JIN S. CHOI, State Bar No. 180270
jchoi@lbaclaw.com
RAYMOND W. SAKAI, State Bar No. 193507
rsakai@lbaclaw.com
HRACH E. AGAZARYAN, State Bar No. 339758
hagazaryan@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Ave., Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNA LACOSTE, etc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, etc., et al., <br><br> Defendants. | Case No. 2:23-CV-4917-DMG-AGR <br><br> Honorable Dolly M. Gee <br><br> **STIPULATION TO CONTINUE DATE OF SCHEDULING CONFERENCE TO DECEMBER 1, 8 OR 15, 2023** |

1

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

WHEREAS by order filed on September 29, 2023 (ECF 31), the Court set a Scheduling Conference in this action for November 17, 2023 at 9:30 a.m.;

WHEREAS counsel for Defendant County of Los Angeles will be out of the country on a pre-paid vacation on that date and through November 24, 2023;

WHEREAS, counsel for Plaintiff and Defendant are available to appear for a Scheduling Conference on either December 1, 8 or 15, 2023;

NOW, THEREFORE, the parties request the Court continue the Scheduling Conference in this action to either December 1, 8 or 15, 2023.

**IT IS SO STIPULATED.**

Dated: November 1, 2023      By   /s/
                                  Colleen Flynn
                                  Donald W. Cook
                                  Attorneys for Plaintiff
                                  Juliana Lacoste


Dated:  November 1, 2023      LAWRENCE BEACH ALLEN & CHOI, PC


                              By         /s/  Jin S. Choi[1]
                                  Jin S. Choi
                                  Attorneys for Defendants

---

[1] Pursuant to L.R. 5-4.3.4, the filer of this Stipulation attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

2