**COLLEEN FLYNN**, CSB 234281
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 facsimile
E-mail: cflynnlaw@yahoo.com

**DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 facsimile
Email: manncooklaw@gmail.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNA LACOSTE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, a municipal corporation; et al., <br><br> Defendants | No.: 2:23-cv-4917-DMG-PD <br><br> **JOINT STATUS REPORT** <br><br> Hon. Dolly M. Gee |

TO THE HON. DOLLY M. GEE, UNITED STATES DISTRICT JUDGE:

Counsel for Plaintiff Julianna Lacoste and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, Sheriff Alex Villanueva, and Deputy Sheriffs Nathan Deboom, Aaron Escobedo, Jose Hurtado, Mikah Lopez, Charles L. McDaniel, Juan Meza, Michael Mileski, Ramon Munoz, Rovert Okamoto, Jose Ramirez, Mark Reyes, Adrian Ruiz, and Spencer Zagurski, conferred as required by the Court's 9/22/25 Order requiring a Joint Status Report [ECF 85] and submit the following report:

## I. Settlement Conference / ADR

A mediation in this case was held on August 14, 2025 before a private mediator. The case was not settled.

## II. *Berg* and *Lacoste v. Bergner* Lawsuits

This is a related case to *Lacoste v. Ryan Bergner, et al.,* Case No. 24-cv-4166 DMG-PD (*Lacoste #2*) and *Berg v. County of Los Angeles,* Case No. 20-cv-7870 DMG-PDx. The parties propose the pre-trial and trial dates track those in the Scheduling and Case Management Order for Jury Trial in *Lacoste* #2 [ECF 32] filed 9/8/25 (*Lacoste* #2 Schedule of Pretrial & Trial Dates (Jury Trial) filed as **Exhibit 1**, herewith).

The September 8, 2020 protest events are included in the *Berg* lawsuit and Plaintiff contends that she is an unnamed putative *Berg* class member. If *Berg* is certified as a class action, Lacoste will opt-out as a class member.

## III. Outstanding Discovery

Plaintiff:

Plaintiff intends to pursue depositions and requests for production in *Lacoste #2* regarding kinetic impact weapons and munitions assigned to and discharged by LASD SRT and MFF deputies on September 8, 2020; the identity of SRT and MFF deputies deployed on 110th Street, east of the intersection of Normandie Ave. and 110th Street on September 8, 2020; and LASD Internal Affairs records initiated by reports of deputy misconduct on September 8, 2020.

Defendants:

In *Lacoste # 2*, Defendnats will seek deposition testimony from relevant third-party witnesses with respect to Plaintiff's allegations regarding events of September 8, 2020 and the nature of her claimed injuries, propound related written discovery, and

will designate appropriate expert witness(es) to address Plaintiff's allegations and claims.

**IV. Amended Pleadings and Addition of Parties Cut-Off**

<u>Plaintiff</u>:

Plaintiff contends that should discovery reveal additional parties may be at fault, she has up to three years or the day of trial, whichever first occurs, to add newly named doe defendants. *Cabrales v. County of Los Angeles*, 864 F.2d 1454, 1462, 1463-64 (9th Cir. 1988); Cal. Gov't Code § 68616(h).

Plaintiff intends to bring a motion to amend the complaint to add LASD Deputy Sgt. Brian Muller (retired) as a defendant.

Dated: October 2, 2025                    Respectfully submitted,

                                                       LAW OFFICE OF COLLEEN FLYNN
                                                       LAW OFFICE OF DONALD W. COOK

                                                       By:  <u>/s/ Colleen Flynn</u>
                                                            Colleen Flynn

                                                       *Attorneys for Plaintiff*

Dated: October 2, 2025                    LAWRENCE BEACH ALLEN & CHOI, PC

                                                       By   <u>/s/ Jin S. Choi</u>
                                                       Jin S. Choi
                                                       *Attorneys for Defendants*

Pursuant to L.R. 5-4.3.4, the filer of this document attests that all other signatories listed and on whose behalf the filing is submitted, concur in the filings' content and have authorized the filing.