**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIANNA LACOSTE, an individual, <br><br> Plaintiff <br><br> vs. <br><br> COUNTY OF LOS ANGELES, a municipal corporation; et al., <br><br> Defendants | Case No. CV 23-4917 DMG (AGRx) <br><br> **ORDER RE STIPULATION TO CONTINUE PRETRIAL, TRIAL AND RELATED DATES [125]** |

1

The Court has reviewed and considered the parties' Stipulation to Continue Pretrial, Trial, and Related Deadlines [Doc. # 125].  Good cause appearing, the Court **APPROVES** the Stipulation and **CONTINUES** the pretrial, trial and related dates, as follows:

| Matter | Court Ordered Date | Time |
| --- | --- | --- |
| Trial (Jury) 3-7 days | Tuesday, December 8, 2026 | 8:30 a.m. |
| Final Pretrial Conference | Tuesday, November 10, 2026 | 2:00 p.m. |

| Matter | Court Ordered Date |
| --- | --- |
| Initial Expert Disclosure & Report Deadline | Monday, September 7, 2026 |
| Rebuttal Expert Disclosure & Report Deadline | Monday, October 5, 2026 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | Monday, October 19, 2026 |
| Settlement Conference Completion Date | Monday, October 12, 2026 |
| Joint Status Report Re Settlement | Monday, October 19, 2026 |
| Motions in Limine Filing Deadline | Monday, October 19, 2026 |
| Opposition to Motions in Limine Filing Deadline | Monday, October 26, 2026 |
| Proposed Pretrial Conference Order | Monday, October 19, 2026 |
| Contentions of Fact/Law | Monday, October 19, 2026 |
| Pretrial Exhibit Stipulation | Monday, October 19, 2026 |
| Joint Exhibit List | Monday, October 19, 2026 |
| Witness Lists & Joint Trial Witness Time Estimate Form | Monday, October 19, 2026 |
| Agreed Statement of the Case | Monday, October 19, 2026 |

| Proposed Voir Dire Questions | Monday, October 19, 2026 |
| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | Monday, October 19, 2026 |
| Verdict Forms | Monday, October 19, 2026 |

The parties shall comply with the Court's Scheduling and Case Management Order [Doc. # 47], except to the extent modified herein.

**IT IS SO ORDERED.**

DATED:  May 20, 2026

_____
DOLLY M. GEE
Chief United States District Judge

3