PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JIN S. CHOI, State Bar No. 180270
jchoi@lbaclaw.com
HEE KEUN LEE, State Bar No. 355522
hklee@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Ave., Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNA LACOSTE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, etc., et al.,<br><br>Defendants.<br><br>JULIANNA LACOSTE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN BERGNER, and individual; LAINA DO, and individual; and Does 1 through 10, all sued in their individual capacities,<br><br>Defendants. | Case No. 2:23-CV-4917-DMG-AGR [Consolidated with Case No. 2:24-cv-4166 DMG(PDx]<br><br>Honorable Dolly M. Gee<br><br>**STIPULATION TO CONTINUE JUNE 26, 2026 HEARING DATE ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF 110), DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF 123) AND PLAINTIFF'S MOTION FOR SANCTIONS (ECF 124) TO JULY 10, 2026; DECLARATION OF JIN S. CHOI**<br><br>*[Proposed[ Order lodged concurrently herewith]* |

///

1

WHEREAS on June 8, 2026, the Court rescheduled the June 12, 2026 hearing on Plaintiff's Motion for Partial Summary Judgment (ECF 110), Defendants' Motion for Summary Judgment (ECF 123) and Plaintiff's Motin for Sanctions against Defendants for Destruction of Evidence (ECF 124) to June 26, 2026 at 2:00 p.m. (ECF 135);

WHEREAS defense counsel, Jin S. Choi, will be traveling out of the country from June 18, 2026 to June 30, 2026 on a pre-planned family vacation and having previously purchased now non-refundable airline tickets (Choi Decl., ¶¶ 2-3);

WHEREAS the parties are available to appear at the hearing on these three motions on July 10, 2026 (July 3, 2026 is a federal court holiday);

NOW, THEREFORE, the parties, by and through their respective counsel of record, respectfully request that the Court continue the current June 26, 2026 hearing date on these three motions to either July 10, 2026 or on a subsequent date in accordance with the Court's calendar.

**SO STIPULATED.**

Dated:  June 9, 2026          **COLLEEN FLYNN**
                              **DONALD W. COOK**
                              Attorneys for Plaintiff

                              By   */s/ Donald W. Cook*
                                     Donald W. Cook


Dated:  June 9, 2026          **LAWRENCE BEACH ALLEN & CHOI, PC**

                              By   */s/ Jin S. Choi*
                                     Jin S. Choi
                                     Attorneys for Defendants

2

## <u>DECLARATION OF JIN S. CHOI</u>

I, Jin S. Choi, declare and state follows:

1.      I am an attorney at law, duly authorized to practice before this Court and a shareholder with the law firm of Lawrence Beach Allen & Choi, PC, attorneys of record for Defendants in the above-entitled action.  I have personal knowledge of the facts stated herein.  If called to testify to the matters herein, I could and would competently do so.

2.      I will be traveling out of the country on a pre-planned family vacation from June 18, 2026 to June 30, 2026.  The airline tickets for this travel abroad have previously been purchased and are no longer refundable.

3.      On June 8, 2026, upon receipt of the Court's order rescheduling the June 12, 2026 hearing date on Plaintiff's Motion for Partial Summary Judgment (ECF 110), Defendants' Motion for Summary Judgment (ECF 123) and Plaintiff's Motin for Sanctions against Defendants for Destruction of Evidence (ECF 124), I emailed Plaintiff's counsel to advise them of my travel plans. Plaintiff's counsel, Donald W. Cook, confirmed that he does not object to the continuance of the June 26, 2026 hearing to July 10, 2026 (July 3, 2026 is a federal court holiday).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 9, 2026 at Pasadena, California.

/s/ Jin S. Choi
_____
Jin S. Choi

## ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 9, 2026          **LAWRENCE BEACH ALLEN & CHOI, PC**


By   */s/ Jin S. Choi*
      Jin S. Choi
      Attorneys for Defendants

4